| United States Bankruptcy Court<br>**MIDDLE DISTRICT OF FLORIDA** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Pool Builders of Central Florida, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**59-2913218** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**c/o John Mixon**<br>**12435 Friendship Road**<br>**Clermont, FL**      ZIP Code **34711** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Frank M. Wolff 319521 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **The Pool Builders of Central Florida, Inc** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Mixon, John Thomas and Deborah C** | Case Number: | Date Filed: **1/28/10** |
| District: **Middle District of Floirda, Orlando Division** | Relationship: **100% stockholder of debtor** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**The Pool Builders of Central Florida, Inc**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Frank M. Wolff** _____
Signature of Attorney for Debtor(s)

**Frank M. Wolff 319521** _____
Printed Name of Attorney for Debtor(s)

**Wolff, Hill, McFarlin & Herron, P.A.** _____
Firm Name

**1851 West Colonial Drive**
**Orlando, FL 32804**
_____

_____
Address

**(407) 648-0058  Fax: (407) 648-0681** _____
Telephone Number

**January 28, 2010** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John T. Mixon** _____
Signature of Authorized Individual

**John T. Mixon** _____
Printed Name of Authorized Individual

**President** _____
Title of Authorized Individual

**January 28, 2010** _____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re    **The Pool Builders of Central Florida, Inc**        ,    Case No. _____

                                Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 4,300.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 6,317.69 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 316,918.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 4,300.00 | | |
| Total Liabilities | | | | 323,236.20 | |

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re    **The Pool Builders of Central Florida, Inc**       Case No. _____

                                 Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **The Pool Builders of Central Florida, Inc**           ,     Case No. _____

                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **The Pool Builders of Central Florida, Inc**           ,    Case No. _____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                            Sub-Total >      **0.00**
                                          (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 

In re   **The Pool Builders of Central Florida, Inc**      ,    Case No. _____

                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                      Sub-Total >     **0.00**
                                    (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re   **The Pool Builders of Central Florida, Inc**                                        ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings and supplies as listed on exhibit to Schedule B** | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2004 Chevrolet 2500 truck, transmission out** | - | 1,000.00 |
| | | **2004 Chevrolet 3500 truck** | - | 2,500.00 |
| | | **Misc Tools on Trucks** | - | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **4,300.00** |
| (Total of this page) | |
| Total > | **4,300.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**Schedule B - Question 28**

| | |
|---|---|
| 2 Complete Computers | $100 |
| 1 Telephone | $20 |
| 1 Office Chair | $20 |
| 1 Calculator | $15 |
| 2 Large dry EraseBoards | $20 |
| 1 Large File Cabinet | $25 |
| 1 Copier | $100 |
| Total | $300 |

In re     **The Pool Builders of Central Florida, Inc**         ,     Case No. _____

                                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re **The Pool Builders of Central Florida, Inc**                    Case No. _____

                                                                                     ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x4089**<br><br>**GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | X | - | 12/3/2009<br><br>**2004 Chevrolet 2500 truck, transmission out**<br><br>Value $ **1,000.00** | | | | **2,601.39** | **1,601.39** |
| Account No. **xx6574**<br><br>**GMAC**<br>**c/o CCB Credit Services Inc**<br>**PO Box 272**<br>**Springfield, IL 62705** | | | **Representing:**<br>**GMAC**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**GMAC**<br>**c/o Leading Edge Recovery**<br>**5440 N Cumberland Ave**<br>**Suite 00**<br>**Chicago, IL 60656-1490** | | | **Representing:**<br>**GMAC**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **3560**<br><br>**GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | X | - | **Vehicle loan**<br><br>**2004 Chevrolet 3500 truck**<br><br>Value $ **2,500.00** | | | | **2,480.00** | **0.00** |

___1___ continuation sheets attached

Subtotal (Total of this page)    **5,081.39**    **1,601.39**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __The Pool Builders of Central Florida, Inc_____,  Case No. _____
                                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **xxxxxxxxx-xxx-x3001** | | | | | **2008, 2009** | | | | | |
| **Lake County Tax Collector** **315 W Main Street** **Tavares, FL 32778** | - | | | | **Tangible personal property tax** **All property of debtor** | | | | | |
| | | | | | Value $ **800.00** | | | | **1,236.30** | **436.30** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1___ of __1____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,236.30 | 436.30 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,317.69 | 2,037.69 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

.

In re     **The Pool Builders of Central Florida, Inc**                                 ,     Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

 

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re __The Pool Builders of Central Florida, Inc_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | C | | | | | |
| Account No. **xx0946**<br><br>**Aaron Pest Control**<br>**3200 N Woodland Blvd**<br>**Deland, FL 32720** | X | - | | | 11/19/2009 | | | | 134.55 |
| Account No.<br><br>**Allan Boress, CPA**<br>**465 Plaza Dr**<br>**Eustis, FL 32726** | X | - | | | 12/3/2009 | | | | 750.00 |
| Account No. **xxxx0337**<br><br>**Amerisure Insurance**<br>**PO Box 905049**<br>**Charlotte, NC 28290** | X | - | | | | | | | 1,906.00 |
| Account No.<br><br>**Applause Pest Control**<br>**211 6th Street**<br>**Winter Garden, FL 34787** | X | - | | | 12/3/2009 | | | | 490.00 |

__17__  continuation sheets attached

Subtotal
(Total of this page)                                                                      3,280.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **The Pool Builders of Central Florida, Inc**                           Case No. _____

_____ ,
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5475** <br><br> **Bank of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886** | X | - | 12/3/2009 | | | | 26,624.00 |
| Account No. **xxxx-xxxx-xxxx-3108** <br><br> **Bank of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886** | X | - | 11/19/2009 | | | | 66,649.69 |
| Account No. <br><br> **Bank of America** <br> **c/o Natl Creditor Connection** <br> **14 Orchard Rd Ste 200** <br> **Lake Elsinore, CA 92530** | | | Representing: <br> **Bank of America** | | | | **Notice Only** |
| Account No. **xxx8774** <br><br> **BP Proprietary/Oil** <br> **c/o Hunter Warfield** <br> **3111 W Dr MLK Jr Blvd #200** <br> **Tampa, FL 33607** | X | - | 12/3/2009 | | | | 10,000.00 |
| Account No. <br><br> **Branning Pool Service** <br> **607 Benedict Way** <br> **Casselberry, FL 32707** | X | - | 12/3/2009 | | | | 210.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **103,483.69**

In re   **The Pool Builders of Central Florida, Inc**            ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **POOLBUI** <br><br> **Business Techs** <br> **421 North Palmetto Street** <br> **Leesburg, FL 34748** | X | - | 11/19/2009 | | | | 187.00 |
| Account No. <br><br> **BZ Industries** <br> **6196 Hedgesparrows Ln** <br> **Sanford, FL 32771** | X | - | 12/3/2009 | | | | 1,071.00 |
| Account No. **xxx5234** <br><br> **Cemex** <br> **3626 Quadrangle Blvd Ste 200** <br> **Orlando, FL 32817** | X | - | 12/1/2009 | | | | 993.00 |
| Account No. <br><br> **CitiCapital Commercial Corp** <br> **3950 Regent Blvd** <br> **2nd Floor** <br> **Irving, TX 75063** | X | - | | | | | Unknown |
| Account No. **xx8098** <br><br> **Color Wheel Paint** <br> **2814 Silver Star Road** <br> **Orlando, FL 32808** | X | - | 11/19/2009 | | | | 2,139.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **4,390.00**

In re __The Pool Builders of Central Florida, Inc_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x2296** | | | | | | | | | |
| **Color Wheel Paint** **c/o US Impact Inc** **PO Box 1746** **Mandeville, LA 70470** | | | | | Representing: **Color Wheel Paint** | | | | **Notice Only** |
| Account No. | | | | | 6/30/09 | | | | |
| **Crown Computers** **12245 Citrus Grove Rd** **Clermont, FL 34715** | X | - | | | | | | | **94.15** |
| Account No. | | | | | | | | | |
| **Dale's Gas** **3580 Aloma Ave Suite 13** **Winter Park, FL 32792** | X | - | | | | | | | **2,164.16** |
| Account No. | | | | | | | | | |
| **Dale's Gas** **c/o IC Systems** **444 Highway 96 East** **PO Box 54437** **Saint Paul, MN 55164** | | | | | Representing: **Dale's Gas** | | | | **Notice Only** |
| Account No. | | | | | 12/3/2009 | | | | |
| **Derrick Builders** **705 East Oak Street Suite D** **Kissimmee, FL 34744** | X | - | | | | | | | **1,500.00** |

Sheet no. __3___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,758.31**

In re __The Pool Builders of Central Florida, Inc__ ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dex - Yellow Pages** <br> **Attn Customer Care** <br> **8400 Innovation Way** <br> **Chicago, IL 60682-0084** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Diversified Enviromental Mgt** <br> **PO Box 639** <br> **Minneola, FL 34755** | X | - | 12/3/2009 | | | | **44.00** |
| Account No. <br><br> **Dustin Crow LLC** <br> **2510 Amherst Ave** <br> **Orlando, FL 32804** | X | - | 12/3/2009 | | | | **1,124.00** |
| Account No. **xxx-xxx-xxx6-059** <br><br> **Embarq** <br> **PO Box 96064** <br> **Charlotte, NC 28296** | X | - | 12/3/2009 | | | | **320.39** |
| Account No. <br><br> **Embarq** <br> **c/o Joseph Mann & Creed** <br> **20600 Chagrin Blvd** <br> **Suite 550** <br> **Beachwood, OH 44122-5340** | | | Representing: <br> **Embarq** | | | | **Notice Only** |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,488.39**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Pool Builders of Central Florida, Inc_____,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-xxx0-530** | | | 12/3/2009 | | | | |
| Embarq PO Box 96064 Charlotte, NC 28296 | X | - | | | | | 59.98 |
| Account No. | | | | | | | |
| Embarq c/o Joseph Mann & Creed 20600 Chagrin Blvd Suite 550 Beachwood, OH 44122-5340 | | | Representing: Embarq | | | | Notice Only |
| Account No. **689** | | | 12/3/2009 | | | | |
| EZ Lube 1045 E Hwy 50 Clermont, FL 34711 | X | - | | | | | 392.06 |
| Account No. | | | 12/3/2009 | | | | |
| Floyd Brothers 1211 Lewis Dr Winter Park, FL 32789 | X | - | | | | | 2,000.00 |
| Account No. | | | 10/30/2009 Judgment | | | | |
| Ford Motor Credit Company PO Box 6508 Mesa, AZ 85216 | X | - | | | | | 16,904.19 |

Sheet no. _5___ of _17_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          19,356.23

In re  **The Pool Builders of Central Florida, Inc**                              ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ford Motor Credit Company c/o Marvin Solomon, Esq Solomon, Ginsberg & Vigh PA 1702 N Florida Ave Tampa, FL 33602-2230** | | | Representing: **Ford Motor Credit Company** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Freddy Ramirez & Sarahi Roman 3026 Chavez Ave Clermont, FL 34715** | X | - | | X | X | X | **Unknown** |
| Account No. | | | 12/3/2009 | | | | |
| **FSPA 2555 Porter Lake Dr Suite 106 Sarasota, FL 34240** | X | - | | | | | **9.10** |
| Account No. | | | 12/3/2009 | | | | |
| **Fuel Man PO Box 105080 Atlanta, GA 30348** | X | - | | | | | **311.41** |
| Account No. **xxx0563** | | | | | | | |
| **Fuel Man c/o Hunter Warfield 3111 W Dr MLK Jr Blvd #200 Tampa, FL 33607** | | | Representing: **Fuel Man** | | | | **Notice Only** |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**320.51**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Pool Builders of Central Florida, Inc_____,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x4468** <br><br> **GMAC** <br> **PO Box 380902** <br> **Minneapolis, MN 55438** | X | - | 12/3/2009 <br> **deficiency on vehicle loan** | | | | 19,865.38 |
| Account No. **xxxx0135** <br><br> **GMAC** <br> **c/o United Recovery** <br> **PO Box 722929** <br> **Houston, TX 77272** | | | Representing: <br> **GMAC** | | | | Notice Only |
| Account No. **xxx-xxxx-x3560** <br><br> **GMAC** <br> **PO Box 380902** <br> **Minneapolis, MN 55438** | X | - | 12/3/2009 <br> **deficiency on vehicle loan** | | | | 7,754.38 |
| Account No. <br><br> **GMAC** <br> **c/o United Recovery** <br> **PO Box 722929** <br> **Houston, TX 77272** | | | Representing: <br> **GMAC** | | | | Notice Only |
| Account No. <br><br> **GMAC** <br> **c/o Leading Edge Recovery** <br> **5440 N Cumberland Ave** <br> **Suite 00** <br> **Chicago, IL 60656-1490** | | | Representing: <br> **GMAC** | | | | Notice Only |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     27,619.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re __The Pool Builders of Central Florida, Inc_____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x7757** <br><br> **GMAC** <br> **PO Box 380902** <br> **Minneapolis, MN 55438** | X | - | 12/3/2009 <br> **deficiency on vehicle loan** | | | | 7,754.38 |
| Account No. **xxx9871** <br><br> **GMAC** <br> **c/o Leading Edge Recovery** <br> **PO Box 129** <br> **Linden, MI 48451** | | | Representing: <br> GMAC | | | | Notice Only |
| Account No. **xxxxx0000** <br><br> **HD Supply - White Caps** <br> **501 W Church St** <br> **Orlando, FL 32805** | X | - | 12/1/2009 | | | | 398.00 |
| Account No. <br><br> **HD Supply** <br> **PO Box 933330** <br> **Atlanta, GA 31193-3330** | | | Representing: <br> **HD Supply - White Caps** | | | | Notice Only |
| Account No. **xx434-1** <br><br> **HD Supply - White Caps** <br> **c/o The Anderson Group** <br> **3409 N Hullon St** <br> **Suite 200** <br> **Metairie, LA 70002** | | | Representing: <br> **HD Supply - White Caps** | | | | Notice Only |

Sheet no. __8___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **8,152.38**

In re __The Pool Builders of Central Florida, Inc_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bob & Jill Hepworth** **25424 Derby Drive** **Sorrento, FL 32776** | X | - | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Home Depot Credit Services** **PO Box 9055** **Des Moines, IA 50368-9055** | X | - | | | | | **2,116.00** |
| Account No. **x.xxxx2E+15** | | | | | | | |
| **Home Depot Credit Services** **c/o Pro Consulting Services** **PO Box 66768** **Houston, TX 77266** | | | Representing: **Home Depot Credit Services** | | | | **Notice Only** |
| Account No. | | | 12/3/2009 | | | | |
| **Horner Express** **1150 Emma Oaks Trail** **Suite 130** **Lake Mary, FL 32746** | X | - | | | | | **6,337.72** |
| Account No. | | | 11/09/2009 Judgment | | | | |
| **HornerXpress-Central Florida** **5755 Powerline Road** **Fort Lauderdale, FL 33309** | X | - | | | | | **8,964.12** |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,417.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __The Pool Builders of Central Florida, Inc_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| HornerXpress-Central Florida c/o Thomas A Truex, Esq PO Box 291655 Fort Lauderdale, FL 33329 | | | | Representing: HornerXpress-Central Florida | | | | Notice Only |
| Account No. | | | | 12/3/2009 | | | | |
| HSJ Excavation 4500 Cranston Pl Orlando, FL 32812 | X | - | | | | | | 9,535.00 |
| Account No. | | | | 12/3/2009 | | | | |
| Idearc Media PO Box 610830 Dallas, TX 75261 | X | - | | | | | | 530.08 |
| Account No. xxx7250 | | | | | | | | |
| Idearc Media c/o Joseph Mann Creed 20600 Chargrin Blvd #550 Beachwood, OH 44122 | | | | Representing: Idearc Media | | | | Notice Only |
| Account No. | | | | | | | | |
| Ignacio Bartolomei & Catrina Wentzell 2323 Tillman Ave Winter Garden, FL 34787 | X | - | | | X | X | X | Unknown |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **10,065.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Pool Builders of Central Florida, Inc_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Jones-Hiatt, LLC** **1219 N Westmoreland Dr** **Orlando, FL 32804** | X | - | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | |
| **Jr Candido & Maria Arreche** **25608 Grandview Pointe** **Sorrento, FL 32776-7750** | X | - | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | |
| **Keith D Fields Inc** **428 N Donnelly Street** **Suite 3** **Mount Dora, FL 32757** | X | - | | X | X | X | **Unknown** |
| **Account No. xxxxx-2340** | | | 12/3/2009 | | | | |
| **Labor Ready** **PO Box 740435** **Atlanta, GA 30374-0435** | X | - | | | | | **112.08** |
| **Account No. 1724** | | | Collections | | | | |
| **LTD Financial Services** **7322 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | X | - | | | | | **Unknown** |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **112.08**

In re __The Pool Builders of Central Florida, Inc_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 12/3/2009 | | | | | | |
| Mac's Electrical Works 1492 Chippewa Ln Geneva, FL 32732 | X | - | | | | | | 25,877.00 |
| Account No. | | 12/3/2009 | | | | | | |
| Magic Marcite 2402 Clark Rd Apopka, FL 32703 | X | - | | | | | | 9,962.00 |
| Account No. | | | | | | | | |
| James A Maiorana 2296 Heath Springs Dr The Villages, FL 32162 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mary Pardo 118 E Berkshire Cir Longwood, FL 32779 | X | - | | | X | X | X | Unknown |
| Account No. xxx7730 | | 12/3/2009 | | | | | | |
| New Pros Communications PO Box 740524 Cincinnati, OH 45274 | X | - | | | | | | 281.40 |

| | |
|---|---|
| Sheet no. __12__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 36,120.40 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Pool Builders of Central Florida, Inc_____,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Orlando Brick Pavers**<br>**1824 W Washington St**<br>**Orlando, FL 32805** | X | - | | 12/3/2009 | | | | **1,824.00** |
| Account No. **xx-xxx6617** <br><br>**Paramount Leisure**<br>**295 E Corporate Place**<br>**Suite 100**<br>**Chandler, AZ 85225** | X | - | | 12/3/2009 | | | | **968.00** |
| Account No. **xxxxxxxxx8413** <br><br>**Pitney Bowes**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | X | - | | 12/3/2009 | | | | **944.00** |
| Account No. <br><br>**Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** | | | | Representing:<br>**Pitney Bowes** | | | | **Notice Only** |
| Account No. **xx9222** <br><br>**Preferred Materials Inc**<br>**13101 Telecom Drive**<br>**Suite 101**<br>**Tampa, FL 33637** | X | - | | 11/12/2009<br>**Judgment** | | | | **8,062.17** |

Sheet no. __13__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,798.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Pool Builders of Central Florida, Inc_____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Preferred Materials Inc** <br> **c/o Richard D Sierra Esq** <br> **Kosto & Rotella PA** <br> **PO Box 113** <br> **Orlando, FL 32802-0113** | | | | | **Representing:** <br> **Preferred Materials Inc** | | | | **Notice Only** |
| Account No. | | | | | 12/3/2009 | | | | |
| **Professional Electrical Serv** <br> **3075 Enterprise Rd** <br> **Suite 85** <br> **Debary, FL 32713** | X | - | | | | | | | 1,373.00 |
| Account No. | | | | | 12/3/2009 | | | | |
| **Safety Guard Pool Fence** <br> **1324 Highland Circle** <br> **Kissimmee, FL 34744** | X | - | | | | | | | 1,066.00 |
| Account No. | | | | | 12/3/2009 | | | | |
| **Sam's Gas Company** <br> **PO Box 593641** <br> **Orlando, FL 32809** | X | - | | | | | | | 1,130.35 |
| Account No. **xx8920** | | | | | 11/19/2009 | | | | |
| **SCP Distributors, LLC** <br> **PO Box 850001** <br> **Orlando, FL 32885** | X | - | | | | | | | 7,104.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,673.35**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **The Pool Builders of Central Florida, Inc**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SCP Distributors, LLC c/o Victor W Holcomb Holcomb & Associates 201 N Armenia Avenue Tampa, FL 33609 | | | | Representing: SCP Distributors, LLC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Seaside Construction, Inc 65 Royal Palm Pointe Suite B Vero Beach, FL 32960 | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | 12/3/2009 | | | | |
| Seminole Excavation 1700 Timocuan Way Longwood, FL 32750 | X | - | | | | | | **6,340.00** |
| Account No. | | | | 12/3/2009 | | | | |
| Seminole Shotcrete 1700 Timocuan Way Longwood, FL 32750 | X | - | | | | | | **31,360.00** |
| Account No. **x5288** | | | | 13/3/2009 | | | | |
| Shutts & Bowen 1600 Miami Center 201 South Biscayne Blvd Miami, FL 33131-9767 | X | - | | | | | | **2,162.20** |

Sheet no. __15__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **39,862.20**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __The Pool Builders of Central Florida, Inc_____,    Case No. _____

                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Steve & Nancy Kailas** <br> **729 Grand Avenue** <br> **Thiensville, WI 53092** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Sunsplash Pools-Suncoast Peb** <br> **3467 Sweetwater Trail** <br> **Clearwater, FL 33761** | X | - | 12/3/2009 | | | | **12,120.00** |
| Account No. <br><br> **Tile Supply** <br> **2501 Lee Road** <br> **Zellwood, FL 32798** | X | - | 12/3/2009 | | | | **2,401.25** |
| Account No. <br><br> **Universal Heating and Air** <br> **1022 Bunnell Rd** <br> **Suite 1004** <br> **Altamonte Springs, FL 32714** | X | - | 12/3/2009 | | | | **342.00** |
| Account No. **xxx-xxxxxxx-0001** <br><br> **Wells Fargo Leasing** <br> **PO Box 6434** <br> **Carol Stream, IL 60197** | X | - | | | | | **4,156.32** |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,019.57**

In re __The Pool Builders of Central Florida, Inc_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx575-6**<br><br>**Wells Fargo Leasing<br>c/o Advanced Recovery System<br>PO Box 80766<br>Valley Forge, PA 19484** | | | | Representing:<br>**Wells Fargo Leasing** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal<br>(Total of this page) | **0.00** |
|---|---|
| Total<br>(Report on Summary of Schedules) | **316,918.51** |

In re   **The Pool Builders of Central Florida, Inc**        ,      Case No. _____

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **The Pool Builders of Central Florida, Inc**       ,     Case No. _____

                             Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Deborah Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886** |
| **Deborah Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **SCP Distributors, LLC**<br>**PO Box 850001**<br>**Orlando, FL 32885** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **HornerXpress-Central Florida**<br>**5755 Powerline Road**<br>**Fort Lauderdale, FL 33309** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Ford Motor Credit Company**<br>**PO Box 6508**<br>**Mesa, AZ 85216** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Aaron Pest Control**<br>**3200 N Woodland Blvd**<br>**Deland, FL 32720** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Allan Boress, CPA**<br>**465 Plaza Dr**<br>**Eustis, FL 32726** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Amerisure Insurance**<br>**PO Box 905049**<br>**Charlotte, NC 28290** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Applause Pest Control**<br>**211 6th Street**<br>**Winter Garden, FL 34787** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Bob & Jill Hepworth**<br>**25424 Derby Drive**<br>**Sorrento, FL 32776** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Home Depot Credit Services**<br>**PO Box 9055**<br>**Des Moines, IA 50368-9055** |

**5**

____ continuation sheets attached to Schedule of Codebtors

In re __The Pool Builders of Central Florida, Inc_____ ,   Case No. _____

                                                    **Debtor**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Horner Express**<br>**1150 Emma Oaks Trail**<br>**Suite 130**<br>**Lake Mary, FL 32746** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **HSJ Excavation**<br>**4500 Cranston Pl**<br>**Orlando, FL 32812** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Idearc Media**<br>**PO Box 610830**<br>**Dallas, TX 75261** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Ignacio Bartolomei &**<br>**Catrina Wentzell**<br>**2323 Tillman Ave**<br>**Winter Garden, FL 34787** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **James A Maiorana**<br>**2296 Heath Springs Dr**<br>**The Villages, FL 32162** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **BP Proprietary/Oil**<br>**c/o Hunter Warfield**<br>**3111 W Dr MLK Jr Blvd #200**<br>**Tampa, FL 33607** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Branning Pool Service**<br>**607 Benedict Way**<br>**Casselberry, FL 32707** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Business Techs**<br>**421 North Palmetto Street**<br>**Leesburg, FL 34748** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **BZ Industries**<br>**6196 Hedgesparrows Ln**<br>**Sanford, FL 32771** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Cemex**<br>**3626 Quadrangle Blvd Ste 200**<br>**Orlando, FL 32817** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re __The Pool Builders of Central Florida, Inc_____ ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **CitiCapital Commercial Corp**<br>**3950 Regent Blvd**<br>**2nd Floor**<br>**Irving, TX 75063** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Color Wheel Paint**<br>**2814 Silver Star Road**<br>**Orlando, FL 32808** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Crown Computers**<br>**12245 Citrus Grove Rd**<br>**Clermont, FL 34715** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Dale's Gas**<br>**3580 Aloma Ave Suite 13**<br>**Winter Park, FL 32792** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Derrick Builders**<br>**705 East Oak Street Suite D**<br>**Kissimmee, FL 34744** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Dex - Yellow Pages**<br>**Attn Customer Care**<br>**8400 Innovation Way**<br>**Chicago, IL 60682-0084** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Diversified Enviromental Mgt**<br>**PO Box 639**<br>**Minneola, FL 34755** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Dustin Crow LLC**<br>**2510 Amherst Ave**<br>**Orlando, FL 32804** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Embarq**<br>**PO Box 96064**<br>**Charlotte, NC 28296** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Embarq**<br>**PO Box 96064**<br>**Charlotte, NC 28296** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **EZ Lube**<br>**1045 E Hwy 50**<br>**Clermont, FL 34711** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Floyd Brothers**<br>**1211 Lewis Dr**<br>**Winter Park, FL 32789** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **The Pool Builders of Central Florida, Inc**                                    ,     Case No. _____

                                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Freddy Ramirez &**<br>**Sarahi Roman**<br>**3026 Chavez Ave**<br>**Clermont, FL 34715** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **FSPA**<br>**2555 Porter Lake Dr**<br>**Suite 106**<br>**Sarasota, FL 34240** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Fuel Man**<br>**PO Box 105080**<br>**Atlanta, GA 30348** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **HD Supply - White Caps**<br>**501 W Church St**<br>**Orlando, FL 32805** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Jones-Hiatt, LLC**<br>**1219 N Westmoreland Dr**<br>**Orlando, FL 32804** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Jr Candido & Maria Arreche**<br>**25608 Grandview Pointe**<br>**Sorrento, FL 32776-7750** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Keith D Fields Inc**<br>**428 N Donnelly Street**<br>**Suite 3**<br>**Mount Dora, FL 32757** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Labor Ready**<br>**PO Box 740435**<br>**Atlanta, GA 30374-0435** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **LTD Financial Services**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX 77074** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Pool Builders of Central Florida, Inc_____,  Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Mac's Electrical Works<br>1492 Chippewa Ln<br>Geneva, FL 32732 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Magic Marcite<br>2402 Clark Rd<br>Apopka, FL 32703 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Mary Pardo<br>118 E Berkshire Cir<br>Longwood, FL 32779 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | New Pros Communications<br>PO Box 740524<br>Cincinnati, OH 45274 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Orlando Brick Pavers<br>1824 W Washington St<br>Orlando, FL 32805 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Paramount Leisure<br>295 E Corporate Place<br>Suite 100<br>Chandler, AZ 85225 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Pitney Bowes<br>PO Box 856042<br>Louisville, KY 40285-6042 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Preferred Materials Inc<br>13101 Telecom Drive<br>Suite 101<br>Tampa, FL 33637 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Professional Electrical Serv<br>3075 Enterprise Rd<br>Suite 85<br>Debary, FL 32713 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Safety Guard Pool Fence<br>1324 Highland Circle<br>Kissimmee, FL 34744 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Sam's Gas Company<br>PO Box 593641<br>Orlando, FL 32809 |
| John Mixon<br>12435 Friendship Rd<br>Clermont, FL 34711 | Seaside Construction, Inc<br>65 Royal Palm Pointe<br>Suite B<br>Vero Beach, FL 32960 |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re __The Pool Builders of Central Florida, Inc__ , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Seminole Excavation**<br>**1700 Timocuan Way**<br>**Longwood, FL 32750** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Seminole Shotcrete**<br>**1700 Timocuan Way**<br>**Longwood, FL 32750** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Shutts & Bowen**<br>**1600 Miami Center**<br>**201 South Biscayne Blvd**<br>**Miami, FL 33131-9767** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Steve & Nancy Kailas**<br>**729 Grand Avenue**<br>**Thiensville, WI 53092** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Sunsplash Pools-Suncoast Peb**<br>**3467 Sweetwater Trail**<br>**Clearwater, FL 33761** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Tile Supply**<br>**2501 Lee Road**<br>**Zellwood, FL 32798** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Universal Heating and Air**<br>**1022 Bunnell Rd**<br>**Suite 1004**<br>**Altamonte Springs, FL 32714** |
| **John Mixon**<br>**12435 Friendship Rd**<br>**Clermont, FL 34711** | **Wells Fargo Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL 60197** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **The Pool Builders of Central Florida, Inc**      Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re   **The Pool Builders of Central Florida, Inc**                              Case No. _____
_____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ _____ 0.00 |
|   a. Are real estate taxes included?          Yes ___          No **X** | | |
|   b. Is property insurance included?          Yes ___          No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | | $ _____ 0.00 |
|                        b. Water and sewer | | $ _____ 0.00 |
|                        c. Telephone | | $ _____ 0.00 |
|                        d. Other _____ | | $ _____ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ _____ 0.00 |
| 4. Food | | $ _____ 0.00 |
| 5. Clothing | | $ _____ 0.00 |
| 6. Laundry and dry cleaning | | $ _____ 0.00 |
| 7. Medical and dental expenses | | $ _____ 0.00 |
| 8. Transportation (not including car payments) | | $ _____ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ 0.00 |
| 10. Charitable contributions | | $ _____ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                        a. Homeowner's or renter's | | $ _____ 0.00 |
|                        b. Life | | $ _____ 0.00 |
|                        c. Health | | $ _____ 0.00 |
|                        d. Auto | | $ _____ 0.00 |
|                        e. Other _____ | | $ _____ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                    (Specify) _____ | | $ _____ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                        a. Auto | | $ _____ 0.00 |
|                        b. Other _____ | | $ _____ 0.00 |
|                        c. Other _____ | | $ _____ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ _____ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ _____ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ 0.00 |
| 17. Other _____ | | $ _____ 0.00 |
|        Other _____ | | $ _____ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $ _____ 0.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
a.    Average monthly income from Line 15 of Schedule I          $ _____ 0.00
b.    Average monthly expenses from Line 18 above          $ _____ 0.00
c.    Monthly net income (a. minus b.)          $ _____ 0.00

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re __The Pool Builders of Central Florida, Inc__

Debtor(s)

Case No. _____

Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___38___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 28, 2010__

Signature __/s/ John T. Mixon__

__John T. Mixon__
__President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re __The Pool Builders of Central Florida, Inc__      Case No. _____

                                          Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 year to date income from operation of business** |
| **$190,530.00** | **2009 income from operation of business** |
| **$1,474,884.00** | **2008 income from operation of business** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **GE Capital**<br>**PO Box 3083**<br>**Cedar Rapids, IA 52406** | **01/20/10** | **$5,500.00** | **$0.00** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Case no. 09-CC-3770**<br>**Preferred Materials, Inc v**<br>**The Pool Builders of Central**<br>**Florida** | **Civil** | **County Court, Lake County,**<br>**Florida** | **Judgment** |
| **Case no. 2009-CA-002094**<br>**Ford Motor Credit Company**<br>**LLC v The Pool Builders of**<br>**Central Florida Inc, et al.** | **Civil** | **Circuit Court, Fifth Judicial**<br>**Circuit, Lake County, Florida** | **Judgment 10/30/09** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Case no. 09-14527-COWE (81) Hornerxpress-Central Florida Inc v The Pool Builders of Central Florida Inc., et al.** | **Civil** | **County Court, 17th Judicial Circuit, Broward County, Florida** | **Judgment entered 11/02/09** |
| **Case no. 09-CC-5287 SCP Distributors LLC v The Pool Builders of Central Florida Inc et al** | **Civil** | **County Court, Fifth Judicial Circuit Lake County, Florida** | **Pending** |
| **Case no. 09-SC-003933 Christiana Hilmer v The Pool Builders of Central Florida, Inc., et al.** | **Civil** | **County Court, Lake County, Florida** | **Dismissed 01/25/10** |
| **Case no. 2008-CC-004786 RH Donnelley Publishing and Advertising Inc v. Pool Builders of Central Florida Inc** | **Civil** | **County Court, Fifth Judicial Circuit, Lake County, Florida** | **Pending** |

None ■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None □
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC PO Box 380902 Minneapolis, MN 55438** | **02/24/09** | **2005 Suburban, VIN 1GNFK16235155782** |
| **GMAC PO Box 380902 Minneapolis, MN 55438** | **02/12/09** | **2006 Malibu, VIN 1G12U53116F203579** |
| **Ford Motor Credit Company PO Box 6508 Mesa, AZ 85216** | **2009** | **2006 Ford F550, VIN 1FDAF57P66EC34735** |

### 6. Assignments and receiverships

None ■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wolff, Hill, McFarlin & Herron, P.A.** **1851 West Colonial Drive** **Orlando, FL 32804** | **12/16/09** | **$3,500.00** |

### 10. Other transfers

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jeff Hart** | **01/10/10** | **sale of Bobcat for $5,500, used to pay off loan on the Bobcat** |
| **nond** | | |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **SunTrust Bank** | **checking account 9027** | **$178; closed 01/25/10** |
| **Bank of America** | **checking account 1591** | **$0.00, closed 09/09** |
| **Bank of America** | **Checking account 9693** | **$0.00, closed 09/09** |
| **Bank of America** | **Checking account 0513** | **$0.00, closed 09/09** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Chrissy Sloan**<br>**PO Box 1001**<br>**Groveland, FL 34736** | **June 2002 to August 2009** |
| **Allan Boress CPA**<br>**465 Plaza Dr**<br>**Eustis, FL 32726** | **2007-2009** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| **Allan Boress CPA** | **465 Plaza Dr**<br>**Eustis, FL 32726** | **2007-2009** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Christine Sloan** | **PO Box 1001**<br>**Groveland, FL 34736** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                  NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS               NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS               TITLE                        NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**John Mixon**                                  **President**                        **100% stockholder**
**12435 Friendship Rd**
**Clermont, FL 34711**

**Deborah Mixon**                             **Secretary**
**12435 Friendship Rd**
**Clermont, FL 34711**

**Chrstine Sloan**                            **Vice President**
**PO Box 1001**
**Groveland, FL 34736**

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                        DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE                        DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **to be provided**          DATE AND PURPOSE OF WITHDRAWAL          AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 28, 2010**            Signature  **/s/ John T. Mixon**
                                                   **John T. Mixon**
                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

The Pool Builders of Central Florida, Inc
c/o John Mixon
12435 Friendship Road
Clermont, FL 34711

Branning Pool Service
607 Benedict Way
Casselberry, FL 32707

Dale's Gas
3580 Aloma Ave Suite 13
Winter Park, FL 32792

Frank M. Wolff
Wolff, Hill, McFarlin & Herron, P.A.
1851 West Colonial Drive
Orlando, FL 32804

Business Techs
421 North Palmetto Street
Leesburg, FL 34748

Dale's Gas
c/o IC Systems
444 Highway 96 East
PO Box 54437
Saint Paul, MN 55164

Aaron Pest Control
3200 N Woodland Blvd
Deland, FL 32720

BZ Industries
6196 Hedgesparrows Ln
Sanford, FL 32771

Derrick Builders
705 East Oak Street Suite D
Kissimmee, FL 34744

Allan Boress, CPA
465 Plaza Dr
Eustis, FL 32726

Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365

Dex - Yellow Pages
Attn Customer Care
8400 Innovation Way
Chicago, IL 60682-0084

Amerisure Insurance
PO Box 905049
Charlotte, NC 28290

Cemex
3626 Quadrangle Blvd Ste 200
Orlando, FL 32817

Diversified Enviromental Mgt
PO Box 639
Minneola, FL 34755

Applause Pest Control
211 6th Street
Winter Garden, FL 34787

CitiCapital Commercial Corp
3950 Regent Blvd
2nd Floor
Irving, TX 75063

Dustin Crow LLC
2510 Amherst Ave
Orlando, FL 32804

Bank of America
PO Box 15710
Wilmington, DE 19886

Color Wheel Paint
2814 Silver Star Road
Orlando, FL 32808

Embarq
PO Box 96064
Charlotte, NC 28296

Bank of America
c/o Natl Creditor Connection
14 Orchard Rd Ste 200
Lake Elsinore, CA 92530

Color Wheel Paint
c/o US Impact Inc
PO Box 1746
Mandeville, LA 70470

Embarq
c/o Joseph Mann & Creed
20600 Chagrin Blvd
Suite 550
Beachwood, OH 44122-5340

BP Proprietary/Oil
c/o Hunter Warfield
3111 W Dr MLK Jr Blvd #200
Tampa, FL 33607

Crown Computers
12245 Citrus Grove Rd
Clermont, FL 34715

EZ Lube
1045 E Hwy 50
Clermont, FL 34711

Floyd Brothers
1211 Lewis Dr
Winter Park, FL 32789

Ford Motor Credit Company
PO Box 6508
Mesa, AZ 85216

Ford Motor Credit Company
c/o Marvin Solomon, Esq
Solomon, Ginsberg & Vigh PA
1702 N Florida Ave
Tampa, FL 33602-2230

Freddy Ramirez &
Sarahi Roman
3026 Chavez Ave
Clermont, FL 34715

FSPA
2555 Porter Lake Dr
Suite 106
Sarasota, FL 34240

Fuel Man
PO Box 105080
Atlanta, GA 30348

Fuel Man
c/o Hunter Warfield
3111 W Dr MLK Jr Blvd #200
Tampa, FL 33607

GMAC
PO Box 380902
Minneapolis, MN 55438

GMAC
c/o United Recovery
PO Box 722929
Houston, TX 77272

GMAC
c/o CCB Credit Services Inc
PO Box 272
Springfield, IL 62705

GMAC
c/o Leading Edge Recovery
5440 N Cumberland Ave
Suite 00
Chicago, IL 60656-1490

GMAC
c/o Leading Edge Recovery
PO Box 129
Linden, MI 48451

HD Supply
PO Box 933330
Atlanta, GA 31193-3330

HD Supply - White Caps
501 W Church St
Orlando, FL 32805

HD Supply - White Caps
c/o The Anderson Group
3409 N Hullon St
Suite 200
Metairie, LA 70002

Bob & Jill Hepworth
25424 Derby Drive
Sorrento, FL 32776

Home Depot Credit Services
PO Box 9055
Des Moines, IA 50368-9055

Home Depot Credit Services
c/o Pro Consulting Services
PO Box 66768
Houston, TX 77266

Horner Express
1150 Emma Oaks Trail
Suite 130
Lake Mary, FL 32746

HornerXpress-Central Florida
5755 Powerline Road
Fort Lauderdale, FL 33309

HornerXpress-Central Florida
c/o Thomas A Truex, Esq
PO Box 291655
Fort Lauderdale, FL 33329

HSJ Excavation
4500 Cranston Pl
Orlando, FL 32812

Idearc Media
PO Box 610830
Dallas, TX 75261

Idearc Media
c/o Joseph Mann Creed
20600 Chargrin Blvd #550
Beachwood, OH 44122

Ignacio Bartolomei &
Catrina Wentzell
2323 Tillman Ave
Winter Garden, FL 34787

Jones-Hiatt, LLC
1219 N Westmoreland Dr
Orlando, FL 32804

Jr Candido & Maria Arreche
25608 Grandview Pointe
Sorrento, FL 32776-7750

Keith D Fields Inc
428 N Donnelly Street
Suite 3
Mount Dora, FL 32757

Labor Ready
PO Box 740435
Atlanta, GA 30374-0435

Lake County Tax Collector
315 W Main Street
Tavares, FL 32778

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

Mac's Electrical Works
1492 Chippewa Ln
Geneva, FL 32732

Magic Marcite
2402 Clark Rd
Apopka, FL 32703

James A Maiorana
2296 Heath Springs Dr
The Villages, FL 32162

Mary Pardo
118 E Berkshire Cir
Longwood, FL 32779

Deborah Mixon
12435 Friendship Rd
Clermont, FL 34711

John Mixon
12435 Friendship Rd
Clermont, FL 34711

New Pros Communications
PO Box 740524
Cincinnati, OH 45274

Orlando Brick Pavers
1824 W Washington St
Orlando, FL 32805

Paramount Leisure
295 E Corporate Place
Suite 100
Chandler, AZ 85225

Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042

Preferred Materials Inc
13101 Telecom Drive
Suite 101
Tampa, FL 33637

Preferred Materials Inc
c/o Richard D Sierra Esq
Kosto & Rotella PA
PO Box 113
Orlando, FL 32802-0113

Professional Electrical Serv
3075 Enterprise Rd
Suite 85
Debary, FL 32713

Safety Guard Pool Fence
1324 Highland Circle
Kissimmee, FL 34744

Sam's Gas Company
PO Box 593641
Orlando, FL 32809

SCP Distributors, LLC
PO Box 850001
Orlando, FL 32885

SCP Distributors, LLC
c/o Victor W Holcomb
Holcomb & Associates
201 N Armenia Avenue
Tampa, FL 33609

Seaside Construction, Inc
65 Royal Palm Pointe
Suite B
Vero Beach, FL 32960

Seminole Excavation
1700 Timocuan Way
Longwood, FL 32750

Seminole Shotcrete
1700 Timocuan Way
Longwood, FL 32750

Shutts & Bowen
1600 Miami Center
201 South Biscayne Blvd
Miami, FL 33131-9767

Steve & Nancy Kailas
729 Grand Avenue
Thiensville, WI 53092

Sunsplash Pools-Suncoast Peb
3467 Sweetwater Trail
Clearwater, FL 33761

Tile Supply
2501 Lee Road
Zellwood, FL 32798


Universal Heating and Air
1022 Bunnell Rd
Suite 1004
Altamonte Springs, FL 32714


Wells Fargo Leasing
PO Box 6434
Carol Stream, IL 60197


Wells Fargo Leasing
c/o Advanced Recovery System
PO Box 80766
Valley Forge, PA 19484

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

                                              Chapter 7

The Pool Builders of Central Florida, Inc.     Case No.:

      Debtor.

_____/

**STATEMENT OF COMPENSATION**
**UNDER 11 U.S.C. §329 AND F.R.B.P. 2016(b)**

Wolff, Hill, McFarlin & Herron, P.A. ("WHM&H") makes this statement pursuant to 11 U.S.C. §329 and F.R.B.P. 2016(b):

    1.    <u>Compensation Paid or Agreed to be Paid</u>.

After one year before the date of the filing of the petition in this case, compensation was paid or agreed to be paid to WHM&H for services rendered or to be rendered by WHM&H in contemplation of or in connection with this case as follows:

    a.    $3,500.00 was paid for representation for the filing this case; and

    b.    the debtor has agreed to pay WHM&H fees to be computed on the basis of time expended charged at the prevailing hourly rates for WHM&H.

    2.    <u>Source of Compensation</u>.

The source of the foregoing compensation is  the debtor.

3.    <u>Sharing</u>.

WHM&H has not shared or agreed to share the compensation with any entity

other than with members and regular associates of WHM&H.

Dated January 28, 2010.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Wolff, Hill, McFarlin & Herron, P.A.
1851 West Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407)  648-0681
fwolff@whmh.com

Attorneys for the Debtor

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re    The Pool Builders of Central Florida, Inc.        Case No. _____

                              Debtor(s)        Chapter    7 _____

## CORPORATE OWNERSHIP STATEMENT

The Pool Builders of Central Florida, Inc. debtor, pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, states that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

■ None [*Check if applicable*]

 

 

                                       The Pool Builders of Central Florida, Inc.

 

01/28/10                                /s/ John Thomas Mixon _____

Date                                   By: John Thomas Mixon, President